CLOSED,RUTHERFORD

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:25−cr−00367−L−1

Case title: USA v. Exposito

Date Filed: 08/06/2025

Date Terminated: 09/18/2025

---

Assigned to: Judge Sam A. Lindsay

**Defendant (1)**

**Mark Exposito**
*TERMINATED: 09/18/2025*

represented by

**Scott H Palmer**
Scott H Palmer PC
15455 Dallas Parkway, Suite 540
Addison, TX 75001
214−987−4100
Fax: 214−922−9900
Email: scott@palmerperlstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Russell Sloan Turkel**
Scott H Palmer PC
15455 Dallas Parkway, Suite 540
Addison, TX 75001
214−987−4100
Fax: 214−922−9900
Email: Russell@PalmerPerlstein.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 641) Conspiracy to Commit Theft of Government Money or Property (1) | Rule 20 Transfer to Eastern District of Texas, Sherman Division. |

**Highest Offense Level (Terminated)**

Felony

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **Ryan Patrick Niedermair−DOJ**
US Attorney's Office
1100 Commerce Street, Suite 300
Dallas, TX 75242
214−659−8725
Fax: 214−659−8812
Email: ryan.niedermair@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2025 | 1 | FELONY INFORMATION with Forfeiture Notice as to Mark Exposito (1) count(s) 1. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (knb) (Entered: 08/07/2025) |
| 08/06/2025 | 2 | WAIVER OF INDICTMENT by Mark Exposito. (knb) (Entered: 08/07/2025) |
| 08/06/2025 | 3 | PLEA AGREEMENT as to Mark Exposito. (knb) (Entered: 08/07/2025) |
| 08/06/2025 | 4 | Factual Resume as to Mark Exposito. (knb) (Entered: 08/07/2025) |
| 08/07/2025 | 5 | NOTICE OF ATTORNEY APPEARANCE by Russell Sloan Turkel (Clerk to Set Designation as: Retained) appearing for Mark Exposito (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Turkel, Russell) (Entered: 08/07/2025) |
| 08/07/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE by Russell Sloan Turkel on behalf of Scott H. Palmer appearing for Mark Exposito (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Turkel, Russell) (Entered: 08/07/2025) |
| 09/18/2025 | 8 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Eastern District of Texas, Sherman Division. Counts closed as to Mark Exposito (1) Count 1. (knb) (Entered: |

| | | |
|---|---|---|
| | | 09/18/2025) |